UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

JUSTO GERMAN TOMAS-TEMA,

        Defendant.

_____/        **INDICTMENT**

The Grand Jury charges:

**Alien Felon Reentry**

On or about January 7, 2025, in Kent County, in the Western District of Michigan,

Southern Division,

JUSTO GERMAN TOMAS-TEMA,

being an alien who had previously been removed after having been convicted of a felony offense,

was found in the United States without having obtained the express prior consent of the Attorney

General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(1)

                     A TRUE BILL

                  [ /s/ Redacted ]
                _____
                GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

_____
DONALD DANIELS
Assistant United States Attorney